IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__Edward Folsomeore__ A 9:39
Full name and prison number of
plaintiff(s)

v.

__Judge Ashely McKathern__

_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. __2:05cv 1054.T__
(To be supplied by the Clerk of the
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit:
       Plaintiff(s) _____

       Defendant(s) _____
       _____

   2.  Court (if federal court, name the district; if state court, name the county)
       _____
       _____

   3.  Docket No. _____

   4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Still Pending "on Going Since 1989".

6. Approximate date of filing lawsuit 9-29-05

7. Approximate date of disposition Back date from 1989 to now 2005

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Dr Andalusia, Ala 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Judge Ashley McKathen   1-N north court square Andalusia Al, 36420-3195   District Court of Covington County Ala
2. 
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED From 1989 to 2005 now

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 14th Amendment - No State shall make nor enforce any law which shall abridge the privileges or Immunities of a Citizen of the State

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Judge Ashley McKathen have Violated Judicial Ethics Code Cannon (3) A-1

-2-

GROUND TWO: _Cannon (3) - B-1-2-3-4_

SUPPORTING FACTS: _Judge Incompetence have Violated he shall not be swayed by law officials, State Attorney nor show partisan interest public clamor or criticism_

GROUND THREE: _Cannon (3) - B-1-2-3-4_

SUPPORTING FACTS: _Denied A Right to fair Hearing Trial To prepare for Trial And Cannon (3) - E-1-2, And Did Violated my Constitutional Rights_

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_To dismiss charges-n-suite for 100 or 10 1.5 million Case No. # CC-1998-210  If Can grant after years of undue Process Went Against Constitutional Rights, as well as Civil Rights been broken. Throw this many years numerous years still ongoing I Pray to get matter resolved and dismissed Please. thank you!_

_Edward Cowey_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __9-23-05__.
                        (date)

_Edward Cowey_
Signature of plaintiff(s)