IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD FOLSOM CONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv1054-T |
| | ) | (WO) |
| JUDGE ASHLEY MCKATHAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on November 10, 2005 (Doc. # 4), that this case be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B).

An appropriate judgment will be entered.

Done this the 7th day of December 2005.

　　　　　　　　　　　　　　　　　　　　   /s/ Myron H. Thompson   
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE