IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EDWARD FOLSOM COUEY,           )
                               )
        Plaintiff,             )
                               )
v.                             )       CIVIL ACTION NO.  2:05cv1054-T
                               )                  (WO)
JUDGE ASHLEY MCKATHAN,         )
                               )
        Defendant.             )

## CORRECTED ORDER

This litigation is now before the court on the recommendation of the United States

Magistrate Judge entered on November 10, 2005, (Doc. # 4), that this case be dismissed

pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).   After a review of the

recommendation, to which no timely objections have been filed, and after an independent

review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby

ADOPTED and that this case be and is hereby DISMISSED with prejudice prior to service

of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B).

An appropriate judgment will be entered.

Done this the 9th day of December 2005.

           /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE