IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD FOLSOM COUEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1054-T |
| | )               (WO) |
| JUDGE ASHLEY MCKATHAN, | ) |
| | ) |
|    Defendant. | ) |

**CORRECTED JUDGMENT**

In accordance with the order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case be and is hereby DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 9th day of December 2005.


                                      /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE